FILED
HARRISBURG, PA
OCT 15 2026
PER [signature] DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 1:26-CR-246 |
| | : | |
| v. | : | |
| | : | |
| INNA HENRY, | : | (Judge Schwab) |
| Defendant. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 611
(Voting by Alien)

On or about November 8, 2022, in Dauphin County, within the Middle District of Pennsylvania, the defendant

**INNA HENRY,**

an alien, fully knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for United States Senator and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

**THE UNITED STATES ATTORNEY FURTHER CHARGES:**

**COUNT 1**
18 U.S.C. § 611
(Voting by Alien)

On or about November 5, 2024, in Dauphin County, within the Middle District of Pennsylvania, the defendant

**INNA HENRY,**

an alien, fully knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

BRIAN D. MILLER
United States Attorney

[signature] 10/15/26

SCOTT R. FORD
Assistant United States Attorney

Date